# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

ANTONIO TAVERA SANDOVAL, )
)
    Petitioner, )
)
v. )  Case No. CIV-26-1249-SLP
)
FRED FIGUEROA, et al., )
)
    Respondents. )

## **O R D E R**

Before the Court is Petitioner's Unopposed Notice of Voluntary Dismissal Without Prejudice [Doc. No. 18]. Petitioner "gives notice that he is voluntarily dismissing all of his claims against the Respondents" and that "Respondent's [sic] are not opposed to this notice." *Id.* Petitioner states that, on July 15, 2026, his counsel filed a Motion for Bond Redetermination, which was later granted. *Id.* Petitioner further states that he was granted bond by the Aurora Immigration Court, on July 23, 2026, and subsequently released on July 29, 2026. Based on Petitioner's assertions, the Court finds that this action is now moot due to Petitioner's release.

IT IS THEREFORE ORDERED that the Petition, [Doc. No. 1], is deemed MOOT and the matter is dismissed without prejudice. A judgment of dismissal will be entered contemporaneously with this Order.

IT IS SO ORDERED this 12th day of August, 2026.

SCOTT L. PALK
CHIEF UNITED STATES DISTRICT JUDGE